# MEMORANDUM DECISIONS

ALASKA TREADWELL GOLD MINING CO. et al. v. ALASKA GAS-TINEAU MINING CO. (Circuit Court of Appeals, Ninth Circuit. March 19, 1915.) No. 2311. Order modifying decree. For opinion herein, see 214 Fed. 718, 131 C. C. A. 24. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. The decree heretofore entered in this case is hereby so modified as to read as follows: The decree is reversed, and the cause remanded to the court below for further proceedings not inconsistent with this opinion. Appellants to recover costs in this court.